# United States Court of Appeals
### For The District of Columbia Circuit

_____

**No. 20-5203**  **September Term, 2022**

**1:20-cv-00006-JEB**

**Filed On: May 31, 2023** [2001358]

Cletus Woodrow Bohon, et al.,

    Appellants

  v.

Federal Energy Regulatory Commission, et al.,

    Appellees

## O R D E R

It is **ORDERED**, on the court's own motion, that the court's mandate issued on August 15, 2022, be recalled.

The Clerk of the United States District Court for the District of Columbia is requested to return the mandate forthwith to the United States Court of Appeals for the District of Columbia Circuit.

**FOR THE COURT:**
Mark J. Langer, Clerk

BY:  /s/
Daniel J. Reidy
Deputy Clerk